

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

On March 3, 2020, appellee filed a Motion for Leave to File Post-Submission Letter Brief. After consideration, appellee's motion is GRANTED.

It is so **ORDERED** on this 6th day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court